THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. PETER GREENWALD, PLAINTIFF IN ERROR.

Submitted July 9, 1901—Decided November 15, 1901.

On error to the Supreme Court.

For the plaintiff in error, *John J. Crandall.*

For the defendant in error, *Frank T. Lloyd,* prosecutor of the pleas.

PER CURIAM.

The record returned with this writ shows that upon a *certiorari* out of the Supreme Court, directed to the Camden

County Quarter Sessions, an indictment pending therein against plaintiff in error was returned, and a motion to quash the indictment was made in the Supreme Court, which court denied the motion and remitted the record to the Camden Sessions for trial.

The case discloses no final judgment, and upon the authority of *Parks* v. *State,* 33 *Vroom* 664, the writ must be dismissed.

*For dismissal*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GUMMERE, COLLINS, FORT, HENDRICKSON, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM. 12.

For the plaintiff in error, *John J. Crandall.*

For the defendant in error, *Frank T. Lloyd,* prosecutor of the pleas.